PILLSBURY WINTHROP SHAW PITTMAN LLP
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
JOHN M. GRENFELL (CA Bar No. 88500)
john.grenfell@pillsburylawcom
WILLIAM T. PALMER (CA Bar No. 312923)
william.palmer@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant
NORWEGIAN AIR SHUTTLE ASA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGET MAZZINI, PATRICIA J. PAWLAK, and JOESEPH ANDRIS on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NORWEGIAN AIR SHUTTLE ASA,<br><br>Defendant. | Case No. 3:18-cv-01574-EMC<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES** |

WHEREAS, Plaintiffs Bridget Mazzini, Patricia J. Pawlak, and Joeseph Andris ("Plaintiffs") filed a Complaint against Defendant Norwegian Air Shuttle ASA ("Norwegian Air") on March 13, 2018, and served Norwegian Air with their Complaint on or around March 23, 2018;

WHEREAS, on April 6, 2018, the parties submitted a stipulation extending Norwegian Air's deadline to respond to the Complaint to June 15, 2018 (Dkt. 10);

WHEREAS, on May 23, 2018 this matter was reassigned to Judge Edward M. Chen for all further proceedings (Dkt. 19);

1   WHEREAS, on May 31, 2018, the Court rescheduled the Case Management
2   Conference from June 12, 2018 to July 12, 2018 (Dkt. 20); and
3   WHEREAS, the parties are currently engaged in settlement discussions with the
4   hope of reaching a resolution without the need for further litigation and would like to avoid
5   the time and expense of litigation activities while they complete those discussions;
6   NOW, THEREFORE, IT IS HEREBY STIPULATED between Plaintiffs and
7   Norwegian Air, through their respective counsel, that:
8   1. Norwegian Air shall have an extension of time up to and including September 7,
9      2018, to answer or otherwise respond to Plaintiffs' Complaint.
10  2. The Case Management Conference currently scheduled for July 12, 2018 is
11     rescheduled for September 13, 2018, or another date that is convenient for the
12     Court.
13  3. Consistent with the Court's May 31, 2018 scheduling order (Dkt. 20), the parties
14     shall file a joint case management conference statement one week in advance of
15     the new Case Management Conference date.
16  4. Pursuant to the Court's March 14, 2018 scheduling order (Dkt. 5), all other
17     deadlines are continued accordingly, as follows:
18     a. 21 days before the new Case Management Conference shall be the last
19        day for the parties to:
20        i. meet and confer re initial disclosures, early settlement, ADR
21           process selection, and discovery plan;
22        ii. file ADR Certification signed by Parties and Counsel; and
23        iii. file either Stipulation to ADR Process or Notice of Need for
24             ADR Phone Conference.
25     b. 7 days before the new Case Management Conference shall be the last
26        day for the parties to:
27        i. file Rule 26(f) Report; and
28

    ii. complete initial disclosures or state objection in Rule 26(f) Report.

Dated: June 13, 2018.

    PILLSBURY WINTHROP SHAW PITTMAN LLP
    JACOB R. SORENSEN
    Four Embarcadero Center, 22nd Floor
    San Francisco, CA 94111

    By:  */s/ Jacob R. Sorensen*
      Jacob R. Sorensen

    Attorneys for Defendant
    NORWEGIAN AIR SHUTTLE ASA


    CORNERSTONE LAW GROUP
    GORDON W. RENNEISEN
    351 California Street, Suite 600
    San Francisco, CA 94104

    By:  */s/ Gordon W. Renneisen*
      Gordon W. Renneisen

    Attorneys for Plaintiffs

**ATTESTATION STATEMENT**

Pursuant to Civil L.R. 5-1(i)(3), I attest that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: June 13, 2018.

    */s/ Jacob R. Sorensen*
    Jacob R. Sorensen

IT IS SO ORDERED.

Dated: June 22, 2018

U.S. District Judge Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*